IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOYD DEAN VANSILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-06-266-T |
| ) | |
| HASKELL HIGGINS, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND JUDGMENT

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo pursuant to 28 U.S.C. § 636(b)(1) on June 15, 2006. Judge Argo recommends denial of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, as amended to withdraw unexhausted issues, based on a thorough analysis of the exhausted claims (Grounds One and Three). Because no party has timely objected, further review of all issues is waived. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 146 (1985). For this reason, and reasons fully explained by Judge Argo, the Court finds the Petition should be amended and, as amended, should be denied. Therefore, the Court adopts the Report and Recommendation [Doc. 16] and grants Petitioner's "Motion to Dismiss" [Doc. 14].

The Petition for Writ of Habeas Corpus [Doc. 1], amended to withdraw Grounds Two and Four, is DENIED. Judgment is entered in favor of the Respondent, Warden Haskell Higgins.

Entered this 20th day of July, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE